No. 89–1453. FEDERAL ENERGY REGULATORY COMMISSION *v.* UNITED DISTRIBUTION COS. ET AL. C. A. 5th Cir. [Certiorari granted, 496 U. S. 904.] Motion of petitioners for divided argument granted.

No. 89–1541. DOLE, SECRETARY OF LABOR *v.* OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 10th Cir. [Certiorari granted, 497 U. S. 1002.] Motion of the Solicitor General to dispense with printing the joint appendix granted. Motion of Occupational Safety and Health Review Commission for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 89–1629. SALVE REGINA COLLEGE *v.* RUSSELL. C. A. 1st Cir. [Certiorari granted, 497 U. S. 1023.] Motion of Ford Motor Co. for leave to file a brief as *amicus curiae* granted.

No. 89–1717. FLORIDA *v.* BOSTICK. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 89–1836. GENTILE *v.* STATE BAR OF NEVADA. Sup. Ct. Nev.;

No. 89–1895. ASTORIA FEDERAL SAVINGS & LOAN ASSN. *v.* SOLIMINO. C. A. 2d Cir.;

No. 89–1905. WISCONSIN PUBLIC INTERVENOR ET AL. *v.* MORTIER ET AL. Sup. Ct. Wis.;

No. 89–1949. TILGHMAN ET AL. *v.* KOLKHORST. C. A. 4th Cir.;

No. 89–1973. JOSLYN MANUFACTURING CO. *v.* T. L. JAMES & CO., INC. C. A. 5th Cir.;

No. 90–69. POWERLINE SUPPLY CO., INC., ET AL. *v.* T. L. JAMES & CO., INC. C. A. 5th Cir.;

No. 89–2008. CLINTON, GOVERNOR OF ARKANSAS, ET AL. *v.* JEFFERS ET AL. Appeal from D. C. E. D. Ark.;

No. 89–2026. MOTOR VEHICLE MANUFACTURERS ASSOCIATION OF THE UNITED STATES, INC., ET AL. *v.* ABRAMS, ATTORNEY GENERAL OF NEW YORK. C. A. 2d Cir.;

No. 90–34. EXXON CORP. *v.* CENTRAL GULF LINES, INC., ET AL. C. A. 2d Cir.;

No. 90–95. PUBLIC UTILITIES COMMISSION OF OHIO ET AL. *v.* CSX TRANSPORTATION, INC., ET AL. C. A. 6th Cir.; and

No. 90–102. LIBERTY COUNTY, FLORIDA, ET AL. *v.* SOLOMON ET AL. C. A. 11th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.